

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In the Matter of C.C., a Juvenile

No. 06-22-00057-CV

Appeal from the County Court at Law of Harrison County, Texas (Tr. Ct. No. 5078-J). Memorandum Opinion delivered by Justice van Cleef, Chief Justice Stevens and Justice Rambin participating.

As stated in the Court's opinion of this date, we find no error in the order of the juvenile court below. We affirm the juvenile court's order.

We note that the appellant has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED FEBRUARY 10, 2023
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk